476 A.2d 78

Commonwealth v. Spencer, Appellant.

Submitted March 14, 1984. Daniel M. Preminger, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment of sentence is affirmed.

CAVANAUGH and WIEAND, JJ., concurred in the result.